ther consideration in light of *Republic Nat. Bank of Miami* v. *United States, ante*, p. 80.

No. 91–1720. CASTRO-VASQUEZ ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic Nat. Bank of Miami* v. *United States, ante*, p. 80.

No. 91–1884. TANGONAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic Nat. Bank of Miami* v. *United States, ante*, p. 80.

No. 92–511. STEVEDORING SERVICES OF AMERICA *v.* ANCORA TRANSPORT, N. V., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic Nat. Bank of Miami* v. *United States, ante*, p. 80.

No. 92–6031. MORRILL *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed November 25, 1992.

No. 92–6239. PRICE *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Morgan* v. *Illinois*, 504 U. S. 719 (1992).

No. ———. JONES *v.* GAYDULA & KUTALEK. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. ———. REED *v.* AMAX COAL CO. Motion for reconsideration of order denying motion to direct the Clerk to file petition for writ of certiorari out of time [*ante*, p. 994] denied.